# United States District Court
# For The Western District of North Carolina
# Statesville Division

CEDRIC WILSON, JR.,

    Petitioner,

vs.

DAVID MITCHELL, ADMINISTRATOR,
MOUNTAIN VIEW CORRECTIONAL
INSTITUTION,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NO. 5:09CV88-2-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 4, 2009, Order.

Signed: August 4, 2009

Frank G. Johns, Clerk
United States District Court